**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, a Delaware Limited Liability Company, DUNKIN' DONUTS FRANCHISING LLC, a Delaware Limited Liability Company, DD IP HOLDER LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISED SHOPS LLC, a Delaware Limited Liability Company, BASKIN-ROBBINS FRANCHISING LLC, a Delaware Limited Liability Company, BR IP HOLDER LLC, a Delaware Limited Liability Company, DB REAL ESTATE ASSETS I LLC, a Delaware Limited Liability Company, and DB REAL ESTATE ASSETS II LLC, a Delaware Limited Liability Company, <br><br>           Plaintiffs, <br>    v. <br><br>AGAWAM DONUTS, INC., a Massachusetts Corporation, B.E. DONUTS, INC., a Massachusetts Corporation, BELMONT DONUTS, INC., a Massachusetts Corporation, DEREK DONUTS, INC., a Massachusetts Corporation, J.A. DONUTS, INC., a Massachusetts Corporation, JESSICA DONUTS, INC., a Massachusetts Corporation, JNS COMMISSARY, INC., a Massachusetts Corporation, LORI DONUTS, INC., a Massachusetts Corporation, LPJ DONUTS, INC., a Massachusetts Corporation, ROCKY DONUTS, INC., a Massachusetts Corporation, SPRINGFIELD DONUTS, INC., |  |

|  |  |
|---|---|
|    a Massachusetts Corporation, | ) |
| SUPERMARKET DONUTS, INC., | ) |
|    a Massachusetts Corporation, | ) |
| WEST SIDE DONUTS, INC., | ) |
|    a Massachusetts Corporation, | ) |
| FLETCHER DONUTS, LLC, | ) |
|    a Florida Limited Liability Company, | ) |
| JOHN SALEMA, | ) |
|    a resident of Massachusetts, | ) |
| JESSICA SALEMA, | ) |
|    a resident of Massachusetts, | ) |
| DEREK SALEMA, | ) |
|    a resident of Massachusetts, | ) |
| PETER MARTINS, | ) |
|    a resident of Massachusetts, | ) |
| LORI MARTINS, | ) |
|    a resident of Massachusetts, and | ) |
| ALEXANDER DASILVA, | ) |
|    a resident of Massachusetts, | ) |
|  | ) |
|                    Defendants. | ) |
| _____ | ) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3(a)

Pursuant to Rule 7.3(a) of the Local Rules for the United States District Court for the District of Massachusetts, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC, Baskin-Robbins Franchising LLC, BR IP Holder LLC, DB Real Estate Assets I LLC, and DB Real Estate Assets II LLC make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." All Dunkin' Donuts franchise agreements dated prior to May 26, 2006 have been assigned to Dunkin' Donuts

Franchised Restaurants LLC.  Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.  Dunkin' Donuts Franchising LLC, a Delaware limited liability company, also operates a franchise system under the trade name "Dunkin' Donuts" and is also wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.  All Dunkin' Donuts franchise agreements dated on or after May 26, 2006 are in the name of Dunkin' Donuts Franchising LLC.

DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of the Dunkin' Donuts trademarks.  Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Baskin-Robbins, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins."  All Baskin-Robbins franchise agreements dated prior to May 26, 2006 have been assigned to Baskin-Robbins Franchised Shops LLC.  Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.  Baskin-Robbins Franchising LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.  All Baskin-Robbins franchise agreements dated on or after May 26, 2006 are in the name of Baskin-Robbins Franchising LLC.

BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of Baskin-Robbins' U.S. trademarks.

DB Real Estate Assets I LLC and DB Real Estate Assets II LLC, each a Delaware limited liability company, are wholly owned subsidiaries of Dunkin' Brands, Inc. and are engaged in the business of leasing properties to Dunkin' Donuts franchisees to enable Dunkin' to franchise independent business persons to operate Dunkin' Donuts shops at those locations.

Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them. Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

*/s/ Robert A. Murphy*
Robert A. Murphy (Bar No. 363700)
Donna Brewer MacKenna (Bar No. 545254)
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, Massachusetts 02210
Telephone:    (617) 426-5900
Facsimile:    (617) 426-8810
rmurphy@casneredwards.com
mackenna@casneredwards.com

Robert L. Zisk
David E. Worthen
Stephen J. Vaughan
GRAY, PLANT, MOOTY, MOOTY
   & BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Dated: August 6, 2007                *Attorneys for Plaintiffs*