UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.*, ) ) ) ) |  |
| Plaintiffs, ) | No. 1:07-cv-11444-RWZ |
| v. ) ) |  |
| AGAWAM DONUTS, INC., *et al.*, ) ) |  |
| Defendants. ) ) |  |

**PLAINTIFFS' EMERGENCY MOTION TO FILE CERTIFICATION UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs ("Dunkin'") hereby seek the Court's permission to file the Certification of Daniela Brito, in support of Dunkin's emergency motion for limited discovery under seal. The Certification at issue is necessary to provide the Court with the facts and information to demonstrate that Dunkin' has good cause for the relief it seeks on an expedited basis. While the parties have yet to execute a final protective order, they have exchanged drafts and expect to resolve all related issues in the near future.

Dunkin' conferred with Defendants' counsel Howard Cooper and Max Stern about the Emergency Motion to Conduct Limited Discovery, including Dunkin's intention to file the subject Certification under seal, through emails on Thursday, December 6, 2007 and a telephone conference on Friday, December 7, 2007. Defendants did not express any objection to the Certification being filed under seal. However, their position on assent is unclear. Additionally, during the conference call on December 7, 2007, Mr. Cooper advised Dunkin' that he would not be available for the rest of the day. Dunkin' also attempted to contact Mr. Stern and left a voicemail for him. Due to the expedited relief sought in the Emergency Motion, Dunkin' has filed the instant Motion.

For the reasons stated herein, Dunkin' respectfully requests that the Court grant its Motion and order the relief sought.

                              Respectfully submitted,

                              By: /s/ Stephen J. Vaughan
                              Robert L. Zisk
                              Eric Yaffe
                              Stephen J. Vaughan
                              GRAY, PLANT, MOOTY, MOOTY
                                 & BENNETT, P.A.
                              2600 Virginia Avenue, N.W.
                              Suite 1111
                              Washington, DC 20037
                              Telephone:   (202) 295-2200
                              Facsimile:    (202) 295-2250

                              Robert A. Murphy (Bar No. 363700)
                              Donna Brewer Mackenna (Bar No. 545254)
                              CASNER & EDWARDS, LLP
                              303 Congress Street, 2nd Floor
                              Boston, Massachusetts 02210
                              Telephone:   (617) 426-5900
                              Facsimile:    (617) 426-8810

Dated: December 7, 2007            *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I, Stephen J. Vaughan, hereby certify that on this 7th day of December, 2007, I served a copy of the foregoing on all parties to this action via the court's electronic system to counsel of record and served the Certification of Daniela Brito (with exhibits) by electronic mail.

**Howard M. Cooper**
Todd & Weld LLP
28 State Street
31st Floor
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: hcooper@toddweld.com

**Max D. Stern**
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
Email: mdstern@sswg.com

**Alexandra H. Deal**
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
617-742-5800
Fax: 617-742-5858
Email: adeal@sswg.com

**Carla A. Salvucci**
Todd & Weld LLP
28 State Street
Boston, MA 02109
617-624-4771
Fax: 617-227-5777
Email: csalvucci@toddweld.com

                                                <u>Stephen J. Vaughan</u>